IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Philip Sokolich, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:11-2157-TLW-PJG |
| ) | |
| Bernadette Sokolich, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

# ORDER

On August 15, 2011, the Plaintiff, Philip Sokolich ("Plaintiff"), proceeding *pro se*, filed this civil action liberally construed as pursuant to 42 U.S.C. § 1983. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Paige J. Gossett to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed without prejudice and without issuance and service of process pursuant to the procedural provisions of 28 U.S.C. § 1915. (Doc. # 8). Objections were due on October 20, 2011. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 8). The complaint is therefore **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.


November 10, 2011                                                            s/Terry L. Wooten
Florence, South Carolina                                              United States District Judge